1  BENJAMIN B. WAGNER
   United States Attorney
2  MARILEE L. MILLER
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

8            IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA, | 2:15-MC-00047-WBS-KJN |
|---|---|
12 | Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
13 | v. | |
14 | APPROXIMATELY $19,880.00 IN U.S. CURRENCY, | |
15 | | |
16 | Defendant. | |

18      It is hereby stipulated by and between the United States of America and claimant Tristram G.

19 Jensvold ("claimant"), by and through their respective counsel, as follows:

20      1.     On or about March 9, 2015, claimant filed a claim in the administrative forfeiture

21 proceeding with the Drug Enforcement Administration with respect to the Approximately $19,880.00 in

22 U.S. Currency (hereafter "defendant currency"), which was seized on or about December 17, 2014.

23      2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit

24 required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any

25 person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other

26 than claimant has filed a claim to the defendant currency as required by law in the administrative

27 forfeiture proceeding.

28      3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was June 5, 2015.

4. By Stipulation and Order filed May 13, 2015, the parties stipulated to extend to August 4, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed July 28, 2015, the parties stipulated to extend to September 18, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed September 21, 2015, the parties stipulated to extend to October 2, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed October 7, 2015, the parties stipulated to extend to October 16, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to October 30, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

///

///

9. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to October 30, 2015.

Dated: 10/15/15                                         BENJAMIN B. WAGNER
United States Attorney

By:    /s/ Marilee L. Miller
MARILEE L. MILLER
Assistant U.S. Attorney

Dated: 10/15/15                                         /s/ David J. Cohen
DAVID J. COHEN, ESQ.
Attorney for claimant Tristram G. Jensvold

(Authorized by phone)

**IT IS SO ORDERED**.

Dated: October 16, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE